960

No. 81–6064. CASTRO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–6076. GRIFFIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–6084. ODOM v. UNITED STATES; and
No. 81–6116. WOLF v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: No. 81–6084, 667 F. 2d 1032; No. 81–6116, 667 F. 2d 1033.

No. 81–6085. PERRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–6086. ELLIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–6098. MURPHY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–6104. HAMLEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–6113. GIBBS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–6115. HORTON, AKA BYNUM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–6121. BOWLING v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–6128. SHORT v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 81–6129. HANER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.